UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRACY M. BARRY, SARAH BARRY         **Case No. 2:08-cv-641-FtM-29DNF**
DENVER BARRY and JAMIE LEE
OLIVER,

        Plaintiffs,

v.

KEVIN RAMBOSK, as Sheriff of Collier
County, Florida, and JUAN MANUEL
MUNIZ,

        Defendants.
_____/

### DEFENDANTS' MOTION FOR COURT ORDER ALLOWING DEFENDANTS' INSURANCE ADJUSTER TO APPEAR BY PHONE AT SETTLEMENT CONFERENCE

The Defendants, KEVIN J. RAMBOSK, as Sheriff of Collier County, Florida, and JUAN MUNIZ, in his individual capacity, by and through undersigned counsel, file this their Motion for Court Order Allowing Defendants' Insurance Adjuster to Appear by Phone at Settlement Conference, and in support thereof, would state as follows:

1. On Friday, February 5, 2010, the Court issued an Order setting a settlement conference in this case for Friday, February 12, 2010 at 1:30 pm, before the Honorable Sheri Polster Chappell. The Order provides that any insurance company that is a party or is contractually required to defend or to pay damages, must have a fully authorized settlement representative present.

2.  In this case, the Defendants are insured by the Florida Sheriffs' Self-Insurance Fund, and thus, the appearance of a fully authorized settlement representative is required at the settlement conference.

3.  The Defendants counsel just learned that Mr. Joe Gillespie, the Senior Claims Examiner for the Florida Sheriffs' Self-Insurance Fund, located in Tallahassee, Florida, is not available to appear in person. However, Mr. Gillespie will be available to appear by phone.

4.  Therefore, the Defendants would respectfully request a Court Order allowing Mr. Gillespie to appear by phone at the settlement conference scheduled for Friday, February 12, 2010 at 1:30 pm.

5.  Pursuant to Local Rule 3.01(g), the undersigned contacted Ms. MacAlister, counsel for the Plaintiffs, and she indicated that her clients object to Mr. Gillespie's appearance by phone.

**I HEREBY CERTIFY** that I electronically filed a copy of the forgoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: **COLLEEN J. MACALISTER, ESQUIRE,** Law Offices of Colleen J. MacAlister, P.A., 5147 Castello Drive, Naples, FL 34103 this *8th* day of February, 2010.

        PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
        Attorneys for Defendants
        2455 East Sunrise Boulevard, Suite 1216
        Fort Lauderdale, Florida 33304
        Telephone:  (954) 462-3200
        Telecopier:  (954) 462-3861
        Email:  bruce@purdylaw.com

BY:   *s/a: Bruce W. Jolly*
        BRUCE W. JOLLY
        Florida Bar No. 203637

BY:   *s/a: Adriana M. Jisa*
        ADRIANA M. JISA
        Florida Bar No. 0627925